BARNETT *VS*. GHOLSON.

1. It is sufficient, in a declaration, to allege, that the consideration of a contract to deliver property, arises from defendant's *acknowledgment* of the receipt of money.

Error to Montgomery Circuit court.

Case on a written agreement, tried before *A. Martin*, J.

Plaintiff below declared against defendant on a written agreement, for refusing to deliver corn, which defendant contracted to deliver, and for which he acknowledged, in the written agreement, he had received payment. To the declaration, there was a demurrer, which, on the hearing, was overruled by the court. Verdict and judgment for plaintiff.

The error assigned was, that the demurrer to plaintiff's declaration was overruled.

*J. A. Campbell*, for plaintiff in error.
*Harris*, contra.

PER CURIAM.—The objection which is urged against the sufficiency of the first count of the declaration is, as we understand it, that the consideration of the contract to deliver the corn, is stated to arise from the defendant's

Barnett *vs.* Gholson.

*acknowledgment* of the receipt of money, and not from the *actual payment* of it. This attempt at a distinction, is more ingenious than sound. We are satisfied, that the declaration substantially alleges the consideration of the contract to have been, the payment of the sum of money named.

This being, in our opinion, the obvious meaning of the terms used. it becomes wholly unnecessary to consider whether it is essential in declaring on a writing promising the payment of a debt, or the performance of a duty, to allege any consideration whatever in the declaration.

Judgment affirmed.